(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

Original (Amended)

# UNITED STATES DISTRICT COURT
### for the
## Western District of New York

Sammy L Brown 18B2393

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

J Donahue (Superintendent)
Tammy Hickey (IRC)
MS O'Dell (I.G.R.C Supervisor)

Defendant(s)

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 6:22-cv-06549 EAW

*(to be filled in by the Clerk's Office)*

**JURY TRIAL:** Yes ✓ No___

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                        Sammy L Brown 18B2393

All other names by which
you have been known:

ID Number                   18B2393

Current Institution         Elmira Correctional facility

Address                     Po Box 500, Elmira NY 14902

                            Elmira                  NY         14902
                            *City*                 *State*    *Zip Code*

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
    Name                    J Donahue (Superintendent)
    Job or Title *(if known)*  (Superintendent)
    Shield Number
    Employer                Elmira Correctional facility
    Address                 Po Box 500
                            Elmira                  NY         14902
                            *City*                 *State*    *Zip Code*
                            ☐ Individual capacity   ☒ Official capacity

Defendant No. 2
    Name                    Tammy Hickey
    Job or Title *(if known)*  (IRC)
    Shield Number
    Employer
    Address                 Elmira Correctional facility
                            Elmira                  NY         14902
                            *City*                 *State*    *Zip Code*
                            ☐ Individual capacity   ☒ Official capacity

Defendant No. 3

Name — MS O'Dell (I.G.R.C Supervisor)

Job or Title *(if known)* — I.G.R.C Supervisor

Shield Number

Employer

Address — Elmira Correctional facility

Elmira *City* — NY *State* — 14902 *Zip Code*

☐ Individual capacity  ☒ Official capacity

Defendant No. 4

Name — Amended  D moore-Bashta

Job or Title *(if known)* — DSP

Shield Number

Employer

Address — Elmira Correctional facility

Elmira *City* — NY *State* — 14902 *Zip Code*

5th Defendant (Amended)
Central office of Albany
C.O.R.C
D.O.C 1220 Washington Ave
Albany, NY 14902

☐ Individual capacity  ☒ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

First Amendment right (incoming mail) 14th Amendment

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

**D.**     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**A.**     If the events giving rise to your claim arose outside an institution, describe where and when they arose.

**B.**     If the events giving rise to your claim arose in an institution, describe where and when they arose.

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: Elmira Correctional facility

Date(s) of occurrence: 4.6.22 — 10.13.22 — May 2023

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were
harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach
additional pages as necessary.

4.6.22 facility I.G.R.C Requested that Plaintiff Attorney
can send legal material for me to review, 4.21.22 Postal Service
tracking shows documents were sent, facility claim it did not receive!
July 11th 2022 Attorney sent another thumb drive. Defendant Tammy
Hickey reviewed documents without Plaintiff consent and denied plaintiff
access to review legal mail, August 15th Ms O'dell (I.G.R.C) waits direction
from central office, August 22.22 I.G.R.C agree I can review case
file However I was still denied. October 13th Defendant donahue
signed denied Plaintiff access to legal mail, Plaintiff appealed to
C.O.R.C of Albany, The facility I.G.R.C claim they appealed
to C.O.R.C in October of 2022 C.O.R.C still had not
answer grivonle according to Plaintiff knowledge
within 90 days of Appealing. In February 17 2023 Plaintiff
wrote this court stating defendants was still being denied
access to courts. On July 26 2023 D moore-Bashta (DSP)
Told me that I Don't have a right to my legal mail when
I want to and she don't have No one to sit and Baby sit
me when I need to review documents.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

1. Denial Access to Courts by NYS Government Employees. The Cumulative interference by State employess have prevented Dicrafting 440. motions, writ of Error Coram Nobis, State Habeas Corpus And caused tolling of time for federal Habeas Corpus to expire. mental Stress and Anxiety. Prolong Suffering in Hostile enviroment

**VI.    RELIEF**

State briefly what money damages or other relief you want the court to order.

$350 dollars a day that this has happen! All Interferences with legal mail Sent by lawyers Cease and desist Immediatly and restitution to Compesate for ongoing delay. Also ANY time I need to review legal mail Sent on electronic device I Can have access to that as needed. Also while reviewing Case file I'm entitled to privacy while reviewing. No one Should be reviewing my Case file or legal mail But Plaintiff

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**D.** Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

**E.** If you did file a grievance:

1. Where did you file the grievance?

Elmira Correctional facility

2. What did you claim in your grievance?

why I couldn't review legal mail sent to me

3. What was the result, if any?

Grievance Never honored or resolved

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

I appealed to the Superintendent also to C.O.R.C Albany, D.O.C

**F.**     If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

_____

_____

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

_____

**G.**     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I.G.R.C. Appealed my grivance to the C.O.R.C of Albany in october, 2022. the C.O.R.C still has not notified me in a timely manner of the date of appeal, See exhibits G, H

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

**A.**    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

**B.**    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition.    _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   8. 4. 23

Signature of Plaintiff   _Sammy L Brown 18B2393_

Printed Name of Plaintiff   _Sammy L Brown 18B2393_

Prison Identification #   _18B2393_

Prison Address   _Elmira Correctional facility Po Box 500_
_Elmira                NY           14902_
                    City          State        Zip Code

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Address   _____
                    City          State        Zip Code

Telephone Number   _____

E-mail Address   _____

Print     Save As...     Add Attachment     Reset

7.    What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 4ᵀ day of August , 2023.

4ᵗ August 2023

Signature of Plaintiff    Sammuf L Brown

Inmate Number    18B2393

Institution Address    Elmira Correctional facility

PO Box 500

Elmira, NY 14902

Lawrence P Tolbert
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01T06406897
Qualified in Chemung County
Commission Expires 04/20/2024

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Western Southern District of New York.

Signature of Plaintiff: _____

# Exhibit G



1.9.23

TO: CorC Albany Dept of Corrections
    1220 washington Ave Bldg 9
    Albany Ny 12226
TO: ~~xxxxx~~ Elmira Correctional facility
    mrs o'dell I.G.R.C

From: Sammy L Brown 18B2393
     Elmira C.F PO Box 500
     Elmira N.y 14902

Please find enclose the copy of my appeal that
I sent to both of the above parties, my appeal has
been ignored by the elmira ~~xxxxx~~ I.G.R.C. that
was mailed in on 10.16.22. the I.G.R.C claim
it appealed the decision to central office, However
I've heard nothing from either Party, Here again
Im sending my appeal in for the third time.

CC. My file                    God Bless
   Home file
   CorC of Albany              Sammy
   I.G.R.C MS O'Dell           Brown
                               18B2393

18·16·22

TO: CORC   Albany Dept of Correction.
    1220 Wash...   Ave Bldg 9
    Albony NY 12226

From: Sammy L Brown  18B2393
    Elmira C.F  Po Box 500
    Elmira Ny  14902

I am appealing the Superintendents Response to my grivence
filed on 8·10·22. for all of the following reasons.

. on 4·6·22 I had a hearing date of a grivence I filed
 Enclosed is the response an which I was directed by
the facility for my Attorny Edward Narrow to send my
Case file. The Jefferson County Court Hon E Renzi orderd
my attorny to turn over.

1. on July 11th my Attorney resent Case file on thumb
drive per direction of Inmate records records office
please see enclosed

3. Ms Hickey claimed do to the autopsy photos, she
rejected me from reviewing my Case file after the
facility demanded that my attorny E Narrow turn
over case file.

4. I filed another grivence and the hearing date was
 8·22·22 (enclosed) The facility agreed with me
that any denial or delay to review my Case file

· will be construed as denial access to the Courts. I appealed the decision on 8·31·22 in which I ask with the Committe decision.

I've followed all of the facility request as well is my Attorney. I need to review Audio/video evidence, also I need printed out a very small amount of documents. The Superintendent Response s delaying and denying me access to Combat my Criminal conviction. I don't need my whole ase file printed off on hard copy, I just need a ew documents. This facility has delayed me rom viewing my Case file well over Six months ow. This facility and its Staff has Contridicted heir own decisions in order to prevent me from ccess to my Case file. this is Causing mental Stress.. and its reflecting Prejudice and bias I need to review Audio and video evidence A.SAP

Thanks for your help and concern on this matter.

God Bless
Sammy Brown
18B2393

CC: my file
Superintenden
Albany Core
I.G.R.C (Elmira C.F)

| NEW YORK STATE **Corrections and Community Supervision** | GRIEVANCE NO. EL 0369-22 | | DATE FILED 08/10/2022 |
| --- | --- | --- | --- |
| | FACILITY ELMIRA CORRECTIONAL FACILITY | | POLICY DESIGNATION I |
| INCARCERATED GRIEVANCE PROGRAM | TITLE OF GRIEVANCE VIEW DOCUMENTS FROM ATTORNEY | | CASE CODE 42 |
| **SUPERINTENDENT RESPONSE** | SUPERINTENDENT'S SIGNATURE | | DATE 10/13/2022 |
| GRIEVANT BROWN, S. | DIN 18B2393 | | HOUSING UNIT I-5-27 |

Grievant claims that his attorney send information for him to view regarding a pending case on a thumb drive and he has been denied access to the information.

Investigation reveals that due to the amount/n         of information on the thumb drive and the amount of time it would take to have someone sit with grievant and go through it, direction was requested through DOCCS Counsel's office. Counsel's office has reached out to grievant's attorney via phone with no response. At this time, Counsel's office has sent a written request to grievant's attorney to have the information sent to the facility in hard copy, again no response has been received. Grievant is advised to reach out to his attorney and have them contact Counsel's office to resolve this issue.

Grievance is denied.

**APPEAL STATEMENT**

If you wish to appeal the above decision of the Superintendent, please sign below and return this copy to the IGRC at the facility where the grievance was filed. You have seven (7) calendar days from receipt of this notice to file your appeal.* Please provide a reason why you are appealing this decision to CORC.

The grievent is appealing the        Superintendent's decisions!
Sbown proof that the defendant attorney denied access to case file!

~~Sammy Brown~~
GRIEVANT'S SIGNATURE                                    8.19.22
                                                        DATE

_____
GRIEVANCE CLERK'S SIGNATURE                             _____
                                                        DATE

*An exception to the time limit may be requested under Directive #4040, section 701.6 (g)

Form 2133 (12/21)



EDWARD F NARROW P.C

20 Park Street  Canton, NY  13617
Tel (315) 386-8500
315 386-8550 (NOT FOR SERVICE OF PROCESS.
Email  orangelaw98@yahoo.com

July 11, 2022

Elmira Correctional Facility
ATTN: Guidance Unit
1879 Davis Street
Elmira, NY, 14902

RE:    Legal Mail & Legal Correspondence
       Sammy Brown        DIN# 18B2393

Dear Sir,

In accordance with the guidance provided by Richard at the Inmate Records
Coordinator's Office on July 8, 2022, enclosed you will find a USB Thumb Drive for Mr  Brown
to review  This drive contains legal documents and discovery materials provided to Mr  Brown
by the Jefferson County District Attorney's Office  with regards to his case.

Thank you for your continued attention to this matter

Sincerely

THE LAW OFFICES OF EDWARD
NARROW P.C

Da  Harrow
First Associate Attorney

cc    Hon David A Renzi
      County Court Judge
      Jefferson County Court

      Kristen M Hoff
      Jefferson County
      District Attorney

| NEW YORK STATE **Corrections and Community Supervision** | **GRIEVANCE NO.** EL- O132-22 | **HEARING DATE** 4/6/2022 |
|---|---|---|
| | **GRIEVANT NAME** BROWN, S. | **DIN:** 18-B-2393 |
| **INCARCERATED GRIEVANCE PROGRAM** | **FACILITY** ELMIRA | **HOUSING UNIT** I0527 |
| **IGRC HEARING RESPONSE** | **HELD IN ABSENTIA** ☐ YES ☑ NO — IF YES, WHY: | |

**Response of IGRC:**

This committee AGREES with the grievant. Per the investigation, the grievant's Lawyer needs to send the Thumbdrive/CD which holds his paperwork to the Elmira CF IRC, with a letter stating that the contain the grievant's legal paperwork. The IRC will notify the grievant of their arrival, and the grievant then must notify IRC that he wishes to review them, Grievant will be scheduled to vew the items, and may request paper copies of items that he feels that he needs.

Chairperson: _Shewis_

IGRC Members: _____
_____
_____ Tonal

Date Returned to Grievant: 4/12/22

**Appeal:**

If you wish to appeal, please check the appropriate box below and return within 7 calendar days to the IGRC office at the facility where the grievance was filed.*

☐ I disagree with the IGRC response and wish to appeal to the Superintendent.

I have reviewed the Deadlocked response. Refer to Superintendent.

☐ I agree with the IGRC response and wish to appeal to the Superintendent.
Grievant Signature: _____

I want to apply to the IGP Supervisor for review of the IGRC dismissal.
Date: _____

*An exception to the time limit may be requested under Directive #4040, § 701.6 (g).

---

*To be completed by Grievance Clerk*

Grievance Clerk Signature: _____     Date Received: _____

Date Forwarded to Superintendent For Action: _____

FORM 2131 (Reverse) (12/21)

| NEW YORK STATE Corrections and Community Supervision | GRIEVANCE NO EL 0369-22 | | DATE FILED 08/10/2022 |
|---|---|---|---|
| | FACILITY ELMIRA CF | | DATE DUE |
| INCARCERATED GRIEVANCE PROGRAM | GRIEVANT NAME BROWN, S. | | DIN 18B2393 |
| INVESTIGATION REPORT | SIGNATURE OF REPORT WRITER M O'DELL | | DATE 08/15/2022 |

## NAME OF PERSON(S)/DEPARTMENT INVOLVED:

2

4

## INVESTIGATIVE REPORT

(Please specify the name and title of the person(s) who provided the information below.)

Per the direction of the DSP due to the nature of the information contained on the CD Rom and thumb drive Central Office was contacted and the facility is awaiting their direction

RELEVANT            CORC/COMMISSIONER DECISION

ADDITIONAL PERTINENT INFORMATION PROVIDED BY GRIEVANT:

FORM 2132-122

| NEW YORK STATE Corrections and Community Supervision | GRIEVANCE NO.<br>EL - ℄369-22 | HEARING DATE<br>8/22/2022 |
|---|---|---|
| | GRIEVANT NAME<br>BROWN, S. | DIN:<br>18-B-2393 |
| INCARCERATED GRIEVANCE PROGRAM | FACILITY<br>ELMIRA | HOUSING UNIT<br>I0527 |
| IGRC HEARING RESPONSE | HELD IN ABSENTIA | |
| | ☐ YES ☑ NO   IF YES, WHY: | |

Response of IGRC:

This committee AGREES with grievant. Grievant has a legal right to any and all documents that the court has deemed permissable for him to possess. ANY denial or delay may be construed as a denial of access to the courts.

Chairperson: _J. Dickey_                     IGRC Members: _____

                                             _K Cyagni Sgt_

Date Returned to Grievant: __8/25/20__

Appeal:

If you wish to appeal, please check the appropriate box below and return within 7 calendar days to the IGRC office at the facility where the grievance was filed *

☐ I disagree with the IGRC response and wish to appeal to the Superintendent        ☐ I have reviewed the Deadlocked response. Refer to Superintendent.

☑ I agree with the IGRC response and wish to appeal to the Superintendent        ☐ I want to apply to the IGP Supervisor for review of the IGRC dismissal

Grievant Signature: _Sammy Brown ~ 8-31-22_        Date _____

*An exception to the time limit may be requested under Directive #4040, § 701.6 (g).

_____

*To be completed by Grievance Clerk*

Grievance Clerk Signature: _____        Date Received. _____

Date Forwarded to Superintendent For Action. _____

FORM 2131 (Reverse) (12/21)

# Exhibit H

 **Corrections and Community Supervision**

**KATHY HOCHUL**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

TO:          Brown, S.                    18B2393                    I-5-14

FROM:      IGPS M. O'Dell

DATE:       01/12/2023

SUBJECT:   EL 0369-22

As you seem to already be aware, your grievance was appealed to CORC and sent to them in October of 2022.  Once this grievance is scheduled for a hearing, they will send you notification. Then, once a decision is made, you will receive that decision.

M. O'Dell

M. O'Dell, IGPS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE

2022 NOV 18 PM 3:18

Sammy L Brown 18B2393

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

J Donahue (Superintendent)
Tammy Hickey (IRC)
Ms O'Dell (I.G.R.C supervisor)

_____

_____

_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an additional
sheet of paper with the full list of names. The names listed in the above
caption must be identical to those contained in Part I. Addresses should
not be included here.)*

**COMPLAINT**

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes ☐ No
(check one)

I.    **Parties in this complaint:**

A.    List your name, identification number, and the name and address of your current place of
confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as
necessary.

Plaintiff    Name Sammy L Brown
ID # 18B2393
Current Institution Elmira Correctional facility
Address Po Box 500, Elmira Ny 14902

B.    List all defendants' names, positions, places of employment, and the address where each defendant
may be served. Make sure that the defendant(s) listed below are identical to those contained in the
above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name _J Donahue (Superintendent)_ Shield #_____
                   Where Currently Employed _Elmira Correctional facility_
                   Address _Po Box 500 Elmira NY 14902_

Defendant No. 2    Name _Tommy Hickey (IRC)_ Shield #_____
                   Where Currently Employed _Elmira Correctional facility_
                   Address _Po Box 500 Elmira NY 14902_

Defendant No. 3    Name _O'Dell (I.G.R.C Supervisor)_ Shield #_____
                   Where Currently Employed _Elmira Correctional facility_
                   Address _Po Box 500 Elmira N.Y 14902_

Defendant No. 4    Name _____ Shield #_____
                   Where Currently Employed _____
                   Address _____

Defendant No. 5    Name _____ Shield #_____
                   Where Currently Employed _____
                   Address _____

## II.    Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur? _____

_____

B.    Where in the institution did the events giving rise to your claim(s) occur? _____

_____

_____

C.    What date and approximate time did the events giving rise to your claim(s) occur? _____

_____

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _✓_   No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). __Elmira Correctional facility__
_____

B.    Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _✓_   No ____   Do Not Know ____

C.    Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes _✓_   No ____   Do Not Know ____

If YES, which claim(s)? _____

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _✓_   No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____   No _✓_

E.    If you did file a grievance, about the events described in this complaint, where did you file the grievance? __Elmira Correctional facility__
_____

1.    Which claim(s) in this complaint did you grieve? __review case file on__
__CD Rom and thumb drive so that I can access the Courts.__

2.    What was the result, if any? __The facility has denied me access to__
__my case file so that I can access the Courts__

3.    What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. __The I.G.R.C Committee agreed with__
__my grievance however they still are denying me access to__
__review my case file.__
_____
_____

F.    If you did not file a grievance:

why you did not file a grievance, state them here:

D.     Facts: Attorney Edward Narrow Sent Discovery Material on 4.25.22 for review So I Can access Courts. The facility Claim it did not receive Case file on that date the Attorney Narrow resent Case file on July 11 2022 for my review Tammy Hickey reviewed my Case file without my consent, Seen that it contain Autopsy photos and denied me access to review

**What happened to you?**

**Who did what?**

(J Donahue) Superintendent* has denied me access to review Case file Because no one has time for me to review it, ms o'Dell of the I.G.R.C Supervisor agreed that I Should review Case file however they have failed on their decision

**Was anyone else involved?**

I Still have not been able to review my Case file discovery so that I can construct a 440.10 motion. This denial and delay has denied me access to the courts to challenge my Criminal Conviction, I must review Audio and video evidence.

**Who else is at it ad?**

## III.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. their has been a 7 month delay (April 2022 until November 2022) in me Starting to perfect my motion, This has Caused me mental stress due to my actual Innocence.

## IV.    Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any: I filed a grievance, the grievance has never been resolved, nor honored

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I appealed to C.O.R.C. in Albany, they told me to appeal to the Elmira facility, which I've already done.

**Note:** You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I want to review my case file and be able to print out any documents that I need. I want $200 dollars a day for as long as this situation remains unresolved. ~~[crossed out text]~~ All interferences with legal material sent by lawyers to me to cease and desist immediately, And restitution to compensate for the ongoing delay.

VI.     **Previous lawsuits:**

A.     Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____     No _✓_

B.     If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

    1.     Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

    2.     Court (if federal court, name the district; if state court, name the county) _____
_____

    3.     Docket or Index number _____

    4.     Name of Judge assigned to your case _____

    5.     Approximate date of filing lawsuit _____

    6.     Is the case still pending?  Yes _____ No _____
        If NO, give the approximate date of disposition _____

    7.     What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____
_____
_____

C.     Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes _____     No _✓_

D.     If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

    1.     Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

    2.     Court (if federal court, name the district; if state court, name the county) _____
_____

    3.     Docket or Index number _____

    4.     Name of Judge assigned to your case _____

    5.     Approximate date of filing lawsuit _____

    6.     Is the case still pending?  Yes _____ No _____
        If NO, give the approximate date of disposition _____

7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 4ᵗʰ day of _August_, 20 23.

4ᵗʰ August 2023

Signature of Plaintiff _Sammy L Brown_

Inmate Number _18B2395_

Institution Address _Elmira Correctional facility_
_Po Box 500_
_Elmira, NY 14902_

> Lawrence P Tolbert
> NOTARY PUBLIC, STATE OF NEW YORK
> Registration No. 01T06406897
> Qualified in Chemung County
> Commission Expires 04/20/2024

**Note:**  All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the  *Pro Se* Office of the United States District Court for the ~~Southern~~ WESTERN District of New York.

Signature of Plaintiff: _____

# EXHIBIT A

7.    What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ___ day of _____, 20___.

Signature of Plaintiff    _____

Inmate Number    _____

Institution Address    _____

_____

_____

_____

<u>Note</u>:    All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _____ day of _____, 20___, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:    _____

# Exhibit B

| | GRIEVANCE NO. | HEARING DATE |
|---|---|---|
| **NEW YORK STATE** **Corrections and Community Supervision** | EL - ○132-22 | 4/6/2022 |
| | GRIEVANT NAME | DIN: |
| | BROWN, S. | 18-B-2393 |
| **INCARCERATED GRIEVANCE PROGRAM** | FACILITY | HOUSING UNIT |
| | ELMIRA | I0527 |
| **IGRC HEARING RESPONSE** | HELD IN ABSENTIA | |
| | ☐ YES ☑ NO    IF YES, WHY: | |

Response of IGRC:

This committee AGREES with the grievant. Per the investigation, the grievant's Lawyer needs to send the Thumbdrive/CD which holds his paperwork to the Elmira CF IRC, with a letter stating that the contain the grievant's legal paperwork. The IRC will notify the grievant of their arrival, and the grievant then must notify IRC that he wishes to review them, Grievant will be scheduled to vew the items, and may request paper copies of items that he feels that he needs.

Chairperson: _D. Lewis_

IGRC Members: _____

Date Returned to Grievant: ___4/12/22___

<u>Appeal:</u>

If you wish to appeal, please check the appropriate box below and return within 7 calendar days to the IGRC office at the facility where the grievance was filed.*

☐ I disagree with the IGRC response and wish to appeal to the Superintendent.

☐ I agree with the IGRC response and wish to appeal to the Superintendent.

Grievant Signature: _____

I have reviewed the Deadlocked response. Refer to Superintendent.

I want to apply to the IGP Supervisor for review of the IGRC dismissal.

Date: _____

*An exception to the time limit may be requested under Directive #4040, § 701.6 (g).

**To be completed by Grievance Clerk**

Grievance Clerk Signature: _____    Date Received: _____

Date Forwarded to Superintendent For Action: _____

FORM 2131 (Reverse) (12/21)



### EDWARD F. NARROW P.C.

30 Park Street, Canton, NY 13617
Tel. (315) 386-8500
Fax: (315) 386-8550 (NOT FOR SERVICE OF PROCESS)
Email: efnarrowlaw78@gmail.com

April 21, 2022

Sammy Brown  DIN: 18-B2592
c/o Elmira Correctional Facility
ATTN: Inmate Records Coordinator
PO Box 500, Elmira, NY 14902-0500

RE:    Discovery Materials

Dear Mr. Brown:

Enclosed you will find the DVD Disc and USB Thumb Drives as per request. Between both contain all of the Discovery Materials that are housed on record for your case, and have addressed this particular request since their request from April 1, 2022.

Very truly,

EDWARD F. NARROW OF COUNSEL
SAMANTHA DIX

Copy w/enclosure
        Jefferson County Court Chambers
        ATTN: Hon. David A. Renzi

# USPS Tracking®

FAQs ›

Track Another Package +



**Tracking Number:** 9405509202121598963275

Remove X

Your item was picked up at a postal facility at 9:06 am on April 25, 2022 in ELMIRA, NY 14901.

**USPS Tracking Plus®** Available ∨



## ✅ Delivered, Individual Picked Up at Postal Facility

April 25, 2022 at 9:06 am
ELMIRA, NY 14901

**Get Updates** ∨

---

**Text & Email Updates**                                                   ∨

---

Tracking History



April 25, 2022, 9:06 am
Delivered, Individual Picked
Up at Post Office
Your item was picked up at a postal facility at 9:06 am on April 25, 2022 in ELMIRA, NY 14901.

April 23, 2022, 9:14 am
Delivery Attempted - No Access to Delivery Location
14901

April 23, 2022, 7:51 am
Arrived at Post Office
ELMIRA, NY 14901

April 23, 2022, 3:00 am
Departed USPS Regional

ROCHESTER NY DISTRIBUTION CENTER

April 22, 2022, 4:20 am
Arrived at USPS Regional Facility
ROCHESTER NY DISTRIBUTION CENTER

April 21, 2022, 5:22 am
Departed Post Office
CANTON, NY 13617

April 21, 2022, 4:17 pm
USPS in possession of item
CANTON, NY 13617

April 20, 2022, 3:20 pm
Shipping Label Created, USPS Awaiting Item
CANTON, NY 13617

---

**USPS Tracking Plus®**

---

**Product Information**

---

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**



# Exhibit C



**NEW YORK STATE** | **Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

To: Brown, Sammy — 18B2393

FROM: T. Hickey, ORA

DATE: 7/1/22

RE: Documents requested for Review

---

I received your correspondence regarding documents that your attorney was trying to send to you for review. According to IRC, there are no such documents in your personal property nor were any reported as received by the mailroom. Please submit a written request to IRC regarding this matter for a reply back directly from that area. Your attorney may need to supply another copy of the documents for your review.

Thank you.

cc: file

# Exhibit D

**EDWARD F. NARROW P.C.**

20 Park Street  Canton, NY  13617
Tel: (315) 386-8500
Fax: (315) 386-8550 (NOT FOR SERVICE OF PROCESS)
Email: orangelaw98@yahoo.com

July 11, 2022

Elmira Correctional Facility
ATTN: Guidance Unit
1879 Davis Street
Elmira, NY  14901

RE:  Legal Mail & Legal Correspondence
     Sammy Brown      DIN# 18B2393

Dear Sir:

In accordance with the guidance provided by Richard at the Inmate Records Coordinator's Office on July 8, 2022, enclosed you will find a USB Thumb Drive for Mr. Brown to review. This drive contains legal documents and discovery materials provided to Mr. Brown by the Jefferson County District Attorney's Office, with regards to his case.

Thank you for your continued attention to this matter.

Sincerely,

THE LAW FIRM OF EDWARD F
NARROW, P.C.

David Hartman
Office Assistant to Mr. Narrow

cc:    Hon. David A. Renzi         Kristyna S. Mills, Esq.
       County Court Judge          Jefferson County
       Jefferson County Court      District Attorney

# Exhibit E

| NEW YORK STATE Corrections and Community Supervision | GRIEVANCE NO. EL 0368-22 | DATE FILED 08/10/2022 |
| --- | --- | --- |
| | FACILITY ELMIRA CF | DATE DUE |
| INCARCERATED GRIEVANCE PROGRAM | GRIEVANT NAME BROWN, S. | DIN 18B2393 |
| INVESTIGATION REPORT | SIGNATURE OF REPORT WRITER M. O'DELL | DATE 08/15/2022 |

### NAME OF PERSON(S)/DEPARTMENT INVOLVED:

1.                                                    2.

3.                                                    4.

### INVESTIGATIVE REPORT

(Please specify the name and title of the person(s) who provided the information below.)

Per the direction of the DSP, due to the nature of the information contained on the CD Rom and thumb drive, Central Office was contacted and the facility is awaiting their direction.

RELEVANT DOCUMENTED FACILITY POLICY    CORC/COMMISSIONER DECISION

### ADDITIONAL PERTINENT INFORMATION PROVIDED BY GRIEVANT:

FORM. 2132 (A)

# Exhibit F

| NEW YORK STATE **Corrections and Community Supervision** | GRIEVANCE NO.<br>EL -  369-22 | | HEARING DATE<br>8/22/2022 |
|---|---|---|---|
| | GRIEVANT NAME<br>BROWN, S. | | DIN:<br>18-B-2393 |
| **INCARCERATED GRIEVANCE PROGRAM** | FACILITY<br>ELMIRA | | HOUSING UNIT<br>I0527 |
| **IGRC HEARING RESPONSE** | HELD IN ABSENTIA<br>☐ YES ☑ NO   IF YES, WHY: | | |

Response of IGRC:

This committee AGREES with grievant. Grievant has a legal right to any and all documents that the court has deemed permissible for him to possess. ANY denial or delay may be construed as a denial of access to the courts.

Chairperson: _T. Hickey_                    IGRC Members: _____

Date Returned to Grievant: _8/25/20_                    _K Cyogm Sgt_

### Appeal:

If you wish to appeal, please check the appropriate box below and return within 7 calendar days to the IGRC office at the facility where the grievance was filed.*

☐ I disagree with the IGRC response and wish to appeal to the Superintendent.          I have reviewed the Deadlocked response. Refer to Superintendent.

☑ I agree with the IGRC response and wish to appeal to the Superintendent.          I want to apply to the IGP Supervisor for review of the IGRC dismissal.

Grievant Signature: _Sammy Brown_ _8.31.22_          Date _____

*An exception to the time limit may be requested under Directive #4040, § 701.6 (g).

_____

***To be completed by Grievance Clerk***

Grievance Clerk Signature: _____          Date Received: _____

Date Forwarded to Superintendent For Action: _____

FORM 2131 (Reverse) (12/21)

| NEW YORK STATE Corrections and Community Supervision | GRIEVANCE NO. EL 0369-22 | | DATE FILED 08/10/2022 |
|---|---|---|---|
| | FACILITY ELMIRA CORRECTIONAL FACILITY | | POLICY DESIGNATION I |
| INCARCERATED GRIEVANCE PROGRAM | TITLE OF GRIEVANCE VIEW DOCUMENTS FROM ATTORNEY | | CASE CODE 42 |
| SUPERINTENDENT RESPONSE | SUPERINTENDENT'S SIGNATURE | | DATE 10/13/2022 |
| GRIEVANT BROWN, S. | DIN 18B2393 | | HOUSING UNIT I-5-27 |

Grievant claims that his attorney send information for him to view regarding a pending case on a thumb drive and he has been denied access to the information.

Investigation reveals that due to the amount/n of information on the thumb drive and the amount of time it would take to have someone sit with grievant and go through it, direction was requested through DOCCS Counsel's office. Counsel's office has reached out to grievant's attorney via phone with no response. At this time, Counsel's office has sent a written request to grievant's attorney to have the information sent to the facility in hard copy, again no response has been received. Grievant is advised to reach out to his attorney and have them contact Counsel's office to resolve this issue.

Grievance is denied.

---

**APPEAL STATEMENT**

If you wish to appeal the above decision of the Superintendent, please sign below and return this copy to the IGRC at the facility where the grievance was filed. You have seven (7) calendar days from receipt of this notice to file your appeal.* Please provide a reason why you are appealing this decision to CORC.

The grievant is appealing the Superintendent decisions!
Shown proof that the defendant attorney denided accesses to case file!

_Sammy Brown_
GRIEVANT'S SIGNATURE                                    8.18.22
                                                          DATE

_____
GRIEVANCE CLERK'S SIGNATURE                              DATE

*An exception to the time limit may be requested under Directive #4040, section 701.6 (g)

Form 2133 (12/21)

11·14·22

TO: US District Court
500 Pearl St Rm 230
NY, NY 10007
From: Sammy L Brown 18B2393
Elmira C.F Po Box 500
Elmira, NY 14902

Dear Courts
    I'm requesting that the Courts please
expedite this matter. I'm being delayed access to
discovery material. I've been delayed way to long
and need this matter resolved As soon as practical

God
Bless

Sammy
Brown
18B2393